COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:        In re Keith Wilson, Relator

Appellate case number:     01-19-00381-CV

Trial court case number:    10-DCV-180326

Trial court:               458th District Court of Fort Bend County

On May 20, 2019, relator, Keith Wilson, filed a petition for writ of mandamus seeking to vacate the respondent trial judge's May 17, 2019 order denying relator's "Plea to the Jurisdiction and Motion to Dismiss" in this civil assault case. With the petition, relator also filed an "Emergency Motion for Stay Pending Petition for Writ of Mandamus" on May 20, 2019, seeking a stay of all proceedings, including the jury trial set for May 21, 2019, pending disposition of this petition, with the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a). The Court **denies** the relator's emergency motion for stay.

It is so ORDERED.

Judge's signature: _/s/ Evelyn V. Keyes_____

                      ☒ Acting individually    ☐ Acting for the Court

Date: __May 21, 2019____